WILLIAM L. CLARK, Respondent, *v.* JOHN B. WEST, Appellant.

*Clark* v. *West*, 137 App. Div. 23, affirmed.
(Argued February 20, 1911; decided March 14, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 6, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action on contract and for an accounting.

*William H. Oppenheimer* and *H. V. Rutherford* for appellant.

*William B. Hale* for respondent.

Judgment affirmed, with costs, without passing upon the question whether the contract was entire or severable; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.